United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Ed Muegge, | NO. C 11-00332 JW |
|     Plaintiff, | **SCHEDULING ORDER** |
|   v. | |
| DoubleTree Rohnert Park, et al., | |
|     Defendants. | |

This case is scheduled for a Case Management Conference on March 5, 2012. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. (See Docket Item No. 40.) In their joint submission, both parties represent that they seek to resolve this action as quickly as possible in order to avoid duplicating efforts expended in a recently-settled related case. (Id.) In addition, neither party is seeking any discovery, and the parties request a deadline only as to the filing of dispositive motions.[1] (Id.) Based on these representations, the Court finds that a schedule can be set without the necessity of an appearance at this time. Accordingly, the Case Management Conference is VACATED.

---

[1] Although the parties also propose a deadline for completing mediation, the Court leaves that issue to the parties and declines to impose a Court-ordered deadline.

The Court sets **July 9, 2012**, **at 9 a.m.** for a hearing on the parties' anticipated dispositive motions. All motions shall be noticed and briefed in accordance with the Civil Local Rules.

The Court also sets a Further Case Management for **May 14, 2012 at 10 a.m.** On or before **May 4, 2012**, the parties shall file a Joint Case Management Statement. The Statement shall update the Court on, *inter alia*, the parties' settlement efforts.

Dated: March 6, 2012

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jiyun Cameron Lee jlee@folgerlevin.com
Timothy Squire Thimesch tim@thimeschlaw.com

**Dated: March 6, 2012**                            **Richard W. Wieking, Clerk**

                                          **By:  /s/ JW Chambers**
                                                  **Susan Imbriani**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California