IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Ed Muegge, | NO. C 11-00332 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| DoubleTree Rohnert Park, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on May 14, 2012. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. (See Docket Item No. 44.) In their joint submission, the parties represent that they are engaged in ongoing settlement negotiations, and do not identify any issues which need to be addressed by the Court. (Id.) Based on this submission, the Court finds that an appearance by the parties is not necessary at this time. Accordingly, the Case Management Conference is VACATED. The Court will set a new Case Management Conference in its Order addressing the parties' anticipated dispositive motions if necessary.

Dated: May 8, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jiyun Cameron Lee jlee@folgerlevin.com
Timothy Squire Thimesch tim@thimeschlaw.com

**Dated:  May 8, 2012**                                     **Richard W. Wieking, Clerk**

                                                            **By:  /s/ JW Chambers**
                                                                   **Susan Imbriani**
                                                                   **Courtroom Deputy**

2