FOLGER LEVIN LLP
Jiyun Cameron Lee (CSB No. 161667, jlee@folgerlevin.com)
199 Fremont Street, 23rd Floor
San Francisco, CA 94105
Telephone: 415.625.1050
Facsimile: 415.625.1091

Attorneys for Defendants
RLH Partnership, L.P.; Red Lion G.P., Inc.;
HLT Operate DTWC, LLC; Doubletree DTWC, LLC;
and Doubletree, LLC

THIMESCH LAW OFFICES
Timothy S. Thimesch (CSB No. 148213, tim@thimeschlaw.com)
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone: 925.588.0401

Attorneys for Plaintiff
Edward Muegge

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGGE,<br><br>          Plaintiff,<br><br>     v.<br><br>DOUBLETREE ROHNERT PARK, also doing business as "Doubletree Hotel Sonoma Wine Country"; RLH PARTNERSHIP, L.P.; RED LION G.P., INC.; HLT OPERATE DTWC CORP.; HLT OPERATE DTWC, LLC; DOUBLETREE DTWC CORPORATION; DOUBLETREE DTWC, LLC; DOUBLETREE, LLC; HILTON HOTELS CORPORATION; and DOES 1 through 50, Inclusive,<br><br>          Defendants. | Case No. CV11-00332-JW<br><br><u>RELATED CASE</u> – Arnold v. Doubletree DTWC, LLC, et al., Case No. C10-2610-BZ<br><br>Complaint Filed:   June 24, 2011<br>Trial Date:             TBD<br><br>**STIPULATION AND ORDER REGARDING CASE MANAGEMENT SCHEDULE**<br><br>Before the Honorable James Ware |

**STIPULATION**

1. On Thursday, May 17, 2012, the parties participated in a second full day of mediation in this matter. The parties were able to make significant progress, but have not yet resolved all outstanding issues. To explore whether all issues can be resolved, the parties have set aside June 19, 2012, to conduct a third mediation session with mediator Steven Schrey.

2. To allow the parties to continue exploring settlement, the parties request that the Court vacate the current date of July 9, 2012, as the deadline for hearing motions for summary judgment.

3. In the event the parties are unable to reach a resolution of all issues through mediation, the parties will submit an updated joint case management report that includes a proposed schedule for discovery and any other pretrial deadlines.

Dated: May 24, 2012                                   THIMESCH LAW OFFICES

                                    /s/ *Timothy S. Thimesch*
                                    Timothy S. Thimesch
                                    Attorneys for Plaintiff
                                    Edward Muegge

Dated: May 24, 2012                                   FOLGER LEVIN LLP

                                    /s/ *Jiyun Cameron Lee*
                                    Jiyun Cameron Lee
                                    Attorneys for Defendants
                                    Doubletree DTWC LLC, HLT Operate DTWC LLC,
                                    Hilton Worldwide, Inc., and RLH Partnership, L.P.

Pursuant to General Order 45(X), I attest that the signatories above have concurred in the filing of this document.

                                    /s/ *Jiyun Cameron Lee*
                                    Jiyun Cameron Lee

**ORDER**

Pursuant to the parties' stipulation, the Court hereby vacates the current hearing date of July 9, 2012, for summary judgment motions. On or before June 29, 2012, the parties shall submit a joint Case Management Report to update the Court on the status of their mediation and a proposed schedule for advancing the case.

IT IS SO ORDERED.

**May 24, 2012**

_____
The Honorable James Ware
United States District Chief Judge