*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGGE,<br><br>            Plaintiff,<br><br>v.<br><br>DOUBLETREE ROHNERT PARK, also doing business as "Doubletree Hotel Sonoma Wine Country"; RLH PARTNERSHIP, L.P.; RED LION G.P., INC.; HLT OPERATE DTWC CORP.; HLT OPERATE DTWC, LLC; DOUBLETREE DTWC CORPORATION; DOUBLETREE DTWC, LLC; DOUBLETREE, LLC; HILTON HOTELS CORPORATION; and DOES 1 through 50, Inclusive,<br><br>            Defendants. | CASE NO. CV11-00332-JW<br>Civil Rights<br><br>**REQUEST FOR DISMISSAL WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE THE SETTLEMENT AGREEMENT; [Proposed] ORDER OF DISMISSAL** |

Plaintiff ED MUEGGE and all-named Defendants, including RLH PARTNERSHIP, L.P.; RED LION G.P., INC.; HLT OPERATE DTWC, LLC; DOUBLETREE DTWC, LLC; and DOUBLETREE, LLC, are pleased to report they have reached a complete settlement of all Plaintiff's claims, including for injunctive relief, statutory damages, and an award of reasonable statutory attorney's fees, litigation expenses and costs. Plaintiff therefore requests that the Court enter a dismissal of the action with prejudice, but with the Court maintaining continuing

////

---

**Request for Dismissal With Retained Jurisdiction; Order: Case No. CV11-00332-JW**

1 jurisdiction to interpret and enforce the settlement agreement.

2 Dated: March 2, 2012                                      THIMESCH LAW OFFICES

3

4                                                                   /s/ *Timothy S. Thimesch*
                                                                    Timothy S. Thimesch
                                                                    Attorneys for Plaintiff
5                                                                   Edward Muegge

6

7 **APPROVED AS TO FORM:**

8 Dated: July 3, 2012                                       FOLGER LEVIN LLP

9

10                                                                  /s/ *Jiyun Cameron Lee*
                                                                    Jiyun Cameron Lee
                                                                    Attorneys for Defendants
11                                                                  Doubletree DTWC LLC, HLT Operate DTWC LLC,
                                                                    Hilton Worldwide, Inc., and RLH Partnership, L.P.

12

13

14                                           **ORDER**

15   Pursuant to the parties' Stipulation, this case is DISMISSED with prejudice.

16 The Clerk shall close this file.

17

18 Dated: July 10, 2012               _____
19                                    JAMES WARE
                                      United States District Chief Judge
20

**Request for Dismissal With Retained Jurisdiction; Order: Case No. CV11-00332-JW**                          — 2 —